**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7607

DAVID BRADFORD,

                    Petitioner - Appellant,

          v.

M L RIVERA, Warden,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   R. Bryan Harwell, District Judge.
(9:11-cv-00462-RBH)

Submitted:  March 29, 2012              Decided:  April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Bradford, Appellant Pro Se.   Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bradford, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bradford v. Rivera, No. 9:11-cv-00462-RBH (D.S.C. Nov. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED